**IT IS SO ORDERED.**
s/*David A. Ruiz*
U.S. District Judge
9/11/2025.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Marcy Fancher,** on behalf of herself and all other persons similarly situated, known and unknown,<br><br>Plaintiff,<br><br>vs.<br><br>**Red White & Brews, LLC d/b/a PW Cheers** and **Paula Willey**<br><br>Defendants. | No. 5:24-cv-01330-DAR<br><br>**STIPULATION FOR DISMISSAL** |

Now come the parties, through Counsel, and pursuant to Fed. R. Civ. P. 41(a), and hereby stipulate to a dismissal of this matter without prejudice. Each party to bear their own costs.

RESPECTFULLY SUBMITTED this September 9, 2025.

| | |
|---|---|
| SIMON LAW CO.<br><br>By: /s/ *James L. Simon*<br>James L. Simon (OH No. 0089483)<br>11 ½ N. Franklin Street<br>Chagrin Falls, Ohio 44022<br>Telephone: (216) 816-8696<br>Email: james@simonsayspay.com<br><br>*Counsel for Plaintiff* | THOMAS C. LOEPP LAW OFFICES CO., LPA<br><br>By: /s/ *Thomas C. Loepp*<br>Thomas C. Loepp<br>3580 Darrow Road<br>Stow, Ohio 44224<br>Telephone: (330) 698-0560<br>Email: Tom@AttorneyLoepp.com<br><br>*Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the forgoing was served upon all necessary Parties through the Court's Electronic Case Filing system on this 9th day of September 2024.

/s/ Thomas C. Loepp

1